## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDITH MOORE-STOKES,
LAVON D. SINGLETON, and
MARYANNE MORGAN

    Plaintiff,

v.

CITY OF EAST ST. LOUIS, ILLINOIS,

    Defendant.                               Case No. 06-cv-655-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court are three separate Stipulations of Dismissal, filed by plaintiffs Moore-Stokes, Morgan and Singleton (Docs. 16, 17, & 18, respectively). Each Stipulation seeks to dismiss with prejudice each Plaintiff's claims against defendant City of East St. Louis, Illinois, with each party to bear their own costs and attorneys' fees. The Court hereby **ACKNOWLEDGES** each Stipulation of Dismissal (Docs. 16, 17 & 18) and accordingly, all of Plaintiffs' claims against Defendant are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

    **IT IS SO ORDERED.**

Signed this 18th day of October, 2007.

                                      /s/      DavidRHerndon
                                 **Chief Judge**
                                 **United States District Court**