## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDITH MOORE-STOKES,**
**LAVON D. SINGLETON, and**
**MARYANNE MORGAN,**

    **Plaintiffs,**

    **vs.**                                                **Cause No. 06-CV-655 DRH**

**CITY OF EAST ST. LOUIS, ILLINOIS**

    **Defendant**.

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs and attorneys' fees. ----------------------------------------------------

                                             **NORBERT G. JAWORSKI, CLERK**

October 23, 2007                            By:   s/Patricia Brown
                                                              Deputy Clerk

APPROVED: /s/     DavidRHerndon
                  **CHIEF JUDGE**
                  **U.S. DISTRICT COURT**